**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy     06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **John**<br>First name<br><br>**Neil**<br>Middle name<br><br>**Hamill**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8290 | |

Debtor 1    **John Neil Hamill**                                         Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | <br><br>EIN | <br><br>EIN |
| **5.** **Where you live** | **4547 Cherrybark Ct.**<br>**Sarasota, FL 34241**<br>Number, Street, City, State & ZIP Code<br><br>**Sarasota**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**PO Box 15285**<br>**Sarasota, FL 34277**<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br><br>Number, Street, City, State & ZIP Code<br><br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing** *this district* **to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 __John Neil Hamill__    Case number *(if known)* _____

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

**7.**    **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.**    **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.**    **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | | _____ | When | _____ | Case number | _____ |

---

**10.**    **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

Debtor    __Car Wash Solutions of Florida, Inc.__    Relationship to you    __Business__

District    __Middle District of Florida__    When _____    Case number, if known _____

Debtor    _____    Relationship to you    _____

District    _____    When _____    Case number, if known _____

---

**11.**    **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **John Neil Hamill**                                                  Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | John Neil Hamill | Case number *(if known)* |
|---|---|---|

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **John Neil Hamill**        Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ John Neil Hamill**
_____     _____
**John Neil Hamill**                                       Signature of Debtor 2
Signature of Debtor 1

Executed on   **March 11, 2025**            Executed on _____
            MM / DD / YYYY                                   MM / DD / YYYY

Debtor 1   **John Neil Hamill**                                          Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Richard J. Cole, III**                                    Date    **March 11, 2025**
Signature of Attorney for Debtor                                        MM / DD / YYYY

**Richard J. Cole, III 0059708**
Printed name

**Cole & Cole Law, P.A.**
Firm name

**46 N. Washington Blvd., Ste. 24**
**Sarasota, FL 34236**
Number, Street, City, State & ZIP Code

Contact phone   **(941) 365-4055**                 Email address   **RJC@COLECOLELAW.COM**

**0059708 FL**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Neil Hamill** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  |  | Unsecured claim |
|---|---|---|---|

**1**

**Abbott Air Inc**
**2614 Ave of the Americas**
**Englewood, FL 34224**

What is the nature of the claim?   **Business Debt**     $273.00

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

_____

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

_____
Contact                                   Value of security:        - _____
_____                  Unsecured claim              _____
Contact phone

**2**

**Air Centers of Florida**
**9311 Solar Dr**
**Tampa, FL 33619**

What is the nature of the claim?   **Business Debt**     $8,497.78

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

_____

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

_____
Contact                                   Value of security:        - _____

| Debtor 1 | **John Neil Hamill** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Contact phone | | Unsecured claim | |

---

**3**

**Bank of America**
**Attn: Bankruptcy**
**Nc4-105-03-14 Pob 26012**
**Greensboro, NC 27410**

What is the nature of the claim?     **Credit Card**     $12,093.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
   - Value of security:     - _____
   - Unsecured claim     _____

Contact _____

Contact phone _____

---

**4**

**Bank of America**
**Attn: Bankruptcy**
**Nc4-105-03-14 Pob 26012**
**Greensboro, NC 27410**

What is the nature of the claim?     **Credit Card**     $10,249.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
   - Value of security:     - _____
   - Unsecured claim     _____

Contact _____

Contact phone _____

---

**5**

**Bank of America**

What is the nature of the claim?     **2021 Chevy Colorado**     $6,866.43
**(VIN 7246)**
**Business Debt**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
   - Value of security:     - _____
   - Unsecured claim     _____

Contact _____

Contact phone _____

---

**6**

**Bank of America**
**PO Box 15796**
**Wilmington, DE 19886-5796**

What is the nature of the claim?     **Business Debt**     $85,143.09

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Debtor 1    __John Neil Hamill_____    Case number *(if known)* _____

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____        Value of security:        - _____
Contact phone _____        Unsecured claim           _____

---

**7**

**Bank of America**
**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

**What is the nature of the claim?**    __Credit Card__    $32,663.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____        Value of security:        - _____
Contact phone _____        Unsecured claim           _____

---

**8**

**Bank of America**
**Attn: Bankruptcy**
**Nc4-105-03-14 Pob 26012**
**Greensboro, NC 27410**

**What is the nature of the claim?**    __Credit Card__    $15,215.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____        Value of security:        - _____
Contact phone _____        Unsecured claim           _____

---

**9**

**Benesch**
**127 Public Square**
**Ste 4900**
**Cleveland, OH 44114**

**What is the nature of the claim?**    __Business Debt__    $413,673.31

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____        Value of security:        - _____
Contact phone _____        Unsecured claim           _____

---

**10**

**What is the nature of the claim?**    __Business Debt__    $1,116.59

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 3

Debtor 1    **John Neil Hamill**      Case number *(if known)* _____

**Bridgestone HosePower**
**50 Industrial Loop N**
**Orange Park, FL 32073**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:
_____     - _____
Contact
_____        Unsecured claim   _____
Contact phone

---

**11**

**Citi Card/Best Buy**
**Attn: Citicorp Cr Srvs**
**Centralized Bankr**
**Po Box 790040**
**St Louis, MO 36179**

**What is the nature of the claim?**     **Credit Card**     **$3,783.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:
_____     - _____
Contact
_____        Unsecured claim   _____
Contact phone

---

**12**

**Costco Citi Card**
**Attn: Bankruptcy**
**Po Box 6500**
**Sioux Falls, SD 57117**

**What is the nature of the claim?**     **Credit Card**     **$10,576.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:
_____     - _____
Contact
_____        Unsecured claim   _____
Contact phone

---

**13**

**Discover Financial**
**Attn: Bankruptcy**
**Po Box 3025**
**New Albany, OH 43054**

**What is the nature of the claim?**     **Credit Card**     **$5,748.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   _____
Contact

---

Debtor 1    **John Neil Hamill**                                    Case number *(if known)* _____

_____                          Value of security:                    - _____
Contact phone                            Unsecured claim                        _____

---

| 14 | | | |
|---|---|---|---|

**Discover Financial**
**Attn: Bankruptcy**
**Po Box 3025**
**New Albany, OH 43054**

What is the nature of the claim?    **Credit Card**    $24,912.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    - _____

_____
Contact                                  Unsecured claim        _____
_____
Contact phone

---

| 15 | | | |
|---|---|---|---|

**FCW Holdco LLC**
**c/o Tripp Scott PA**
**110 Southeast 6th St**
**15th Floor**
**Fort Lauderdale, FL 33301**

What is the nature of the claim?    **BUSINESS DEBT**    $11,778.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    - _____

_____
Contact                                  Unsecured claim        _____
_____
Contact phone

---

| 16 | | | |
|---|---|---|---|

**IRS**
**Centralized Insolvency**
**Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

What is the nature of the claim?    **2021**    $33,811.54

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    - _____

_____
Contact                                  Unsecured claim        _____
_____
Contact phone

---

| 17 | | | |
|---|---|---|---|

What is the nature of the claim?    **4547 Cherrybark Ct.**    $640,212.00
**Sarasota, FL 34241**
**Sarasota County**
**Property Appraiser's**
**Value**

**IRS**
**Centralized Insolvency**

---

Debtor 1    **John Neil Hamill**                                    Case number *(if known)* _____

**Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☒ Yes. Total claim (secured and unsecured)        $861,529.00
    Value of security:        -    $615,700.00
    Unsecured claim        $640,212.00

Contact _____

Contact phone _____

---

| 18 | **Transchem Group** | What is the nature of the claim? | **Business Debt** | $87,665.77 |

**Transchem Group**
**PO Box 71863**
**Chicago, IL 60694**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:        -    _____
    Unsecured claim        _____

Contact _____

Contact phone _____

---

| 19 | | What is the nature of the claim? | **CAR WASH MEDICS, INC. - Business Debt** | $19,915.78 |

**Truist Bank-MasterCard**
**PO Box 791622**
**Baltimore, MD 21279-1622**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:        -    _____
    Unsecured claim        _____

Contact _____

Contact phone _____

---

| 20 | | What is the nature of the claim? | **Treasury Case No L46500989  Agency Debt No 9694027103** | $698,701.77 |

**US Dept of Treasury**
**PO Box 979101**
**Saint Louis, MO 63197**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

Debtor 1    **John Neil Hamill**                   Case number *(if known)* _____

|  |  |  |
|---|---|---|
| _____ | ■ No | |
| Contact | ☐ Yes. Total claim (secured and unsecured) | _____ |
| _____ | Value of security: | - _____ |
| Contact phone | Unsecured claim | _____ |

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ John Neil Hamill**                        X _____
  **John Neil Hamill**                                     Signature of Debtor 2
  Signature of Debtor 1

Date    **March 11, 2025**                      Date _____

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

## United States Bankruptcy Court
### Middle District of Florida

In re    __John Neil Hamill__                Case No. _____

                               Debtor(s)         Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   __March 11, 2025__             __/s/ John Neil Hamill__

                                         __John Neil Hamill__
                                         Signature of Debtor

.

John Neil Hamill
PO Box 15285
Sarasota, FL 34277

Anthony P Valente Jr
10126 Tarpon Dr
Saint Petersburg, FL 33706

Bill Me Later
Po Box 105658
Atlanta, GA 30348

Richard J. Cole, III
Cole & Cole Law, P.A.
46 N. Washington Blvd., Ste. 24
Sarasota, FL 34236

Anthony P. Valente, Jr. Esq
10126 Tarpon Dr
Saint Petersburg, FL 33706

BMO Harris Bank
PO Box 6201
Carol Stream, IL 60197

Abbott Air Inc
2614 Ave of the Americas
Englewood, FL 34224

Apex Office Products & Furn
5209 N Howard Ave
Ocala, FL 34474

Bridgestone HosePower
50 Industrial Loop N
Orange Park, FL 32073

Ahearn Signs

Automation Direct
PO Box 402417
Atlanta, GA 30384

Capital City Bank
PO Box 900
Tallahassee, FL 32302

Air Centers of Florida
9311 Solar Dr
Tampa, FL 33619

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Charles Ruse Jr
500 NE 8th Ave
Ocala, FL 34470

Ally
PO Box 350903
Minneapolis, MN 55438

Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Pob 26012
Greensboro, NC 27410

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized B
Po Box 790040
St Louis, MO 36179

American Arbitration Assoc
2200 Century Parkway
Ste 300
Atlanta, GA 30345

Bank of America

Citibank
Po Box 6217
Sioux Falls, SD 57117

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

Compensation Claims
501 1st Ave North
Ste 300
Saint Petersburg, FL 33701

Angelique K Howard Esq
Foley & Lardner LLP
1 Independent Dr
#1300
Jacksonville, FL 32202

Benesch
127 Public Square
Ste 4900
Cleveland, OH 44114

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Costco Citi Card
Attn: Bankruptcy
Po Box 6500
Sioux Falls, SD 57117

CT Corporation System
330 N Brand Blvd
Ste 700
Attn SPRS
South Pasadena, CA 91030

de Beaubien, Simmons et al
PO Box 87
Orlando, FL 32802

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

E-Pass
525 South Magnolia Ave
Orlando, FL 32801

FCW Holdco LLC
c/o Tripp Scott PA
110 Southeast 6th St
15th Floor
Fort Lauderdale, FL 33301

FDOT
Toll Enforcement
605 Suwannee St
Tallahassee, FL 32399-0450

Financial Agent Services
PO Box 2576
Springfield, IL 62708

First-Citizens Bank & Trust
c/o Emanuel & Zwiebel
7900 Peters Rd
Building B Ste 100
Fort Lauderdale, FL 33324

Florida Dep't of Rev.
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314

Floyd Bell Inc
720 Dearborn Park Ln
Columbus, OH 43085

Foley & Lardner LLP
1 Independent Dr
Ste 1300
Jacksonville, FL 32202

Ford Motor Credit
9009 Carothers Pkwy
Franklin, TN 37067

G AND G FUNDING
57 W 57th St
Floor 4
New York, NY 10019

G and G Funding Group
Isaac h Greenfield Esq
2 Executive Blvd
Ste 305
Suffern, NY 10901

G AND G FUNDING GROUP LLC
57 W 57th ST
Floor 4
New York, NY 10019

Genesis World Solutions LLC
4626 Eagle Falls Plalce
Tampa, FL 33619

GM Financial
Attn Bankruptcy
PO Box 183853
Arlington, TX 76096

Green Prairies, LLC
3753 Howard Hughes Parkway
Suite 200-728
Las Vegas, NV 89169

HuntingBank
222 N LaSalle St Ste 1200
Chicago, IL 60601

Idea Auto Images, Inc.
2332 Galiano St
2nd FL
Miami, FL 33134

Iowa Dept of Rev
PO Box 10330
Des Moines, IA 50306

IRS
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101

John Penn Flooring
120 SW 17th St
Ocala, FL 34471

Kapitus Servicing Inc.
c/o Nguyen Ballato
2201 Libbie Ave
Richmond, VA 23230

Keller Water Filtration
PO Box 5331
Lakeland, FL 33807

Lara Roeske Fernandez
Trenam Law
101 E Kennedy Blvd Ste 2700
Tampa, FL 33602-5150

Linebarger Goggan Blair &
Sampson LLP
4828 Loop Central Dr
Ste 600
Houston, TX 77081

LoanDepot
Attn: Bankruptcy
26642 Towne Center
Foothill Ranch, CA 92610

Lotane & Associates
1980 Michigan Ave
Cocoa, FL 32922

McCarthy, Burgess & Wolff
26000 Cannon Rd
Bedford, OH 44146

Merchants Automotive Group
14 Central Park Dr
First Floor
Hooksett, NH 03106

Michigan Dept of Treasury
Collection Services Bureau
PO Box 30199
Lansing, MI 48909-7699

Mickey Truck Bodies Inc
601 NW 24th Court
Ocala, FL 34472

Motor City Wash Works
48285 Frank Street
Wixom, MI 48393

National Car Wash Solutions
PO Box 776428
Chicago, IL 60677-6428

New York City Marshal
109 W 38th St
Ste 200
New York, NY 10018

Out of Scope Agency

PAT, LLC
C/O Charles Ruse, Jr.
500 N.E. 8th Avenue
Ocala, FL 34470

Ryan H Lehrer
Tripp Scott PA
110 SE 6th St
FL 15
Fort Lauderdale, FL 33301-5004

Sarasota Memorial Hospital
PO Box 863414
Orlando, FL 32886-0001

Scott Industrial Systems LL
C/O Strauss Troy Co., LPA
The Federal Reserve Bldg
150 E Fourth St 4th Floor
Cincinnati, OH 45202-4018

Secured Lender Solutions LLC
PO Box 2576
Springfield, IL 62708

State Collection Service
Attn: Bankruptcy
2590 South Stoughton Rd
Madison, WI 53716

Stephanie C. Mazzola, Esq
110 Southeast Sixth Street
15th Floor
Fort Lauderdale, FL 33301

Sun Coast Hyd. & Elec. Mfg
4130 N Canal St
Jacksonville, FL 32209

Surepay

Synovus Bank
PO Box 1071
Columbus, GA 31902-1071

Take5 Oil Change LLC
2225 SW College Rd
Ocala, FL 34471

Tennessee Dep't of Rev.
c/o Tenn Attorney General's
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

Tompkins A Foster
Foster & Klinkbeil PA
PO Box 3108
Orlando, FL 32802

Transchem Group
PO Box 71863
Chicago, IL 60694

Tripp Scott PA
110 SE 6th St
15th Floor
Fort Lauderdale, FL 33301-1424

Tripp, Scott P A
110 SE 6th St
FL 15
Fort Lauderdale, FL 33301-5004

Truist Bank-MasterCard
PO Box 791622
Baltimore, MD 21279-1622

WEX Fuel Card
PO Box 4337
Carol Stream, IL 60197

U.S. Smal Bus. Admin.
7825 Baymeadows Way
Ste. 100-B
Jacksonville, FL 32256

U.S. Small Bus. Admin.
51 SW 1st Ave
Ste 201
Miami, FL 33130

US Bank National Association
Attn Anthony P Valente Jr
10126 Tarpon Dr
Saint Petersburg, FL 33706

US Bank NationalAssociation
d/b/a US Bank Equipment Fin
10126 Tarpon Dr
Saint Petersburg, FL 33706

US Dept of Treasury
PO Box 979101
Saint Louis, MO 63197

US Small Business
Administration
2 North Street
Ste 320
Birmingham, AL 35203

US Small Business Administration
Attn: Bankruptcy
409 3rd St, Sw Floor 2
Washington, DC 20416

Valley National Bank
PO Box 953
xxx0591, NJ 07474